UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES D. MICKEY,

    Plaintiff,

V.                                       CASE NO. 05-70340
                                          HON. NANCY G. EDMUNDS

ZEIDLER TOOL AND DIE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court being notified that the parties have agreed to a settlement of the case;

Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2008, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager